**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Gant and Betty Gant, husband and wife,<br><br>    Plaintiffs,<br><br>vs.<br><br>Roger Vanderpool, Sheriff of Pinal County; Pinal County, a political subdivision; John Does and Jane Does I-X; ABC Corporations I-X; and XYZ Partnerships I-X,<br><br>    Defendants. | No. CV 03-2077-PHX-EHC<br><br>**ORDER** |

On September 14, 2010 Plaintiffs filed a *pro se* "Motion to Reconsider Jury Verdict Due to the Discovery of new Evidence which was Withhed (sic) from Plaintiff." (Doc. 219.)

On September 16, 2010 Plaintiffs' counsel of record, Robert M. Gregory, filed a Motion to Withdraw as Plaintiffs' Counsel. (Doc. 220). Robert Gregory states that Plaintiffs instructed him to file the Motion to Withdraw.

Accordingly,

/

/

/

/

1      **IT IS ORDERED** that Plaintiffs' counsel's Motion to Withdraw as Counsel (Doc.
2  220) is **granted**. Robert M. Gregory shall be removed as attorney of record for Plaintiffs.
3      DATED this 24th day of September, 2010.

*Earl H. Carroll*
Earl H. Carroll
United States District Judge